IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| STEPHEN JEROME FREDRIKSEN, II, ) ) ) | |
| Plaintiff, ) ) | |
| v.                     ) ) ) | CIVIL ACTION NO. 2:23cv749-MHT (WO) |
| LT. JONES, et al.,  ) ) | |
| Defendants.  ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a prisoner at Easterling Correctional Facility, filed this lawsuit complaining that he slipped and broke his hand in the shower due to unsafe conditions and that he was denied necessary follow-up medical care after undergoing surgery on his hand.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice for failure to prosecute.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court

concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 8th day of July, 2024.

                                /s/ Myron H. Thompson
                            UNITED STATES DISTRICT JUDGE